UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| TERRY AND TIFFANY HARDEN, individually and as the parents and natural guardians of the minor child, CH, <br><br> Plaintiffs, <br><br> vs. <br><br> BASIC HOME INFUSION, INC. and HELEN BROWN, <br><br> Defendants. | CASE NO.: 2:15-cv-00026-WTL-MJD |

## STIPULATION FOR DISMISSAL, WITH PREJUDICE

The parties, by counsel, stipulate and agree that the above-entitled cause may be dismissed, with prejudice, costs paid, as the matter has been fully compromised and settled.

Respectfully submitted,                     Respectfully submitted,

/s/ Holly A. Reedy                          /s/ N. Jean Schendel
Holly A. Reedy, Atty. No. 27558-84          N. Jean Schendel, Atty. No. 18441-17
**WILKINSON GOELLER MODESITT**              **HUNT SUEDHOFF KALAMAROS LLP**
**WILKINSON & DRUMMY LLP**                  803 S. Calhoun Street, Suite 900
333 Ohio Street                             Fort Wayne, IN 46802
Terre Haute, IN 47807                       ATTORNEY FOR DEFENDANT
ATTORNEY FOR PLAINTIFFS                     HELEN BROWN


/s/ Thomas R. Schultz
Thomas R. Schultz, Atty. No. 11670-49
**SCHULTZ & POGUE LLP**
520 Indiana Avenue
Indianapolis, IN 46202
ATTORNEY FOR DEFENDANT
BASIC HOME INFUSION, INC.